NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK B. BUCKLEY,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7073

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-1012, Chief Judge Bruce E. Kasold.

---

## JUDGMENT

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

PHYLLIS JO BAUNACH, Senior Trial Counsel, Classification Unit, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and MARTIN F. HOCKEY, JR., Deputy Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant

General Counsel, and CHRISTINA L. GREGG, Attorney, United States Department of Veterans Affairs, of Washington, DC.  Of counsel was Y. KEN LEE, Attorney.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| May 9, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |